UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 20-CIV-7627 (CS)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION FUND ) DEFAULT JUDGMENT
and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL)
UNION OF PAINTERS AND ALLIED TRADES, )
                                              )
                                              )
                         Plaintiffs,          )
                                              )
        -against-                             )
                                              )
CHOICE OF COLORS, INC.,                       )
                                              )
                                              )
                         Defendant.           )

---

This action having been commenced on September 17, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Choice of Colors, Inc., via Secretary of State service on September 23, 2020 and said Proof of Service having been filed with the Clerk of the Court on September 28, 2020 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Thirty Eight Thousand Eight Hundred Twenty Six Dollars and Fifty Five Cents ($38,826.55), which includes the following: Benefit Fund Contributions due and owing in the principal sum of $27,606.24 for the period October 1, 2016 through to and

including June 30, 2018; interest in the sum of $2,413.06 calculated at 2% above prime per annum through to June 30, 2018; liquidated damages calculated at 20% of the principal amount in the sum of $5,521.25; attorneys' fees in the sum of $2,815.00; and court costs and disbursements of this action in the sum of $471.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       January 14, 2020

So Ordered:

*/s/ Cathy Seibel*

Honorable Cathy Seibel, U.S.D.J.